**RESOLUTION OF THE MEMBERS OF**
**AJM MANAGEMENT, LLC TO FILE CHAPTER 11 REORGANIZATION**

**WHEREAS**, a special meeting of the members of AJM Management, LLC ("AJM") was held on May 12, 2023; and

**WHEREAS**, the members being present, either physically or telephonically, the meeting was called to order by the undersigned managing member (the "Managing Member"); and

**WHEREAS**, the Managing Member advised all of the members present, that AJM and its creditors would be best served by reorganization of AJM under Chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the Managing Member requested that AJM file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Upon motion duly made, seconded and unanimously carried it was

**RESOLVED**, that AJM be, and hereby is, authorized to execute and file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

**RESOLVED**, that AJM be, and hereby is, authorized to retain the Law Offices of Avrum J. Rosen, PLLC to represent it as its attorneys in connection with such proceedings; and it is further

**RESOLVED**, that Ray Jones, the Managing Director, be, and hereby is, authorized to execute and file on behalf of AJM, a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

**RESOLVED**, that the firm of the Law Offices of Avrum J. Rosen, PLLC, be, and hereby is, retained to act on behalf of AJM in connection with such proceedings.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the same was adjourned.

Dated: May 12, 2023
       Brooklyn, New York

                                                */s/ Evan Jones*
                                                Evan Jones
                                                Managing Member