UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                                                          Chapter 11

    AJM MANAGEMENT, LLC,                                Case No.: 23-41664-___

                                 Debtor.
------------------------------------------------------x

## DEBTOR'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and E.D.N.Y. LBR 1007-4, AJM Management, LLC as debtor and debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), respectfully represents:

1. The Debtor is a limited liability company.

2. The Debtor is not owned by a parent corporation and no publicly held corporation owns ten percent (10%) or more of the Debtor's membership interest.

3. Evan Jones owns one hundred percent (100%) of the Debtor's membership interest.

Dated: May 12, 2023                                Respectfully submitted,
       Brooklyn, New York

                                                   */s/ Ray Jones*
                                                   Ray Jones
                                                   Managing Director