UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In Re:                                              :
                                                    :     Case No. 23-41664 (NHL)
AJM MANAGEMENT LLC,                                 :
                                                    :     Chapter 11
            Debtor.                                 :
-------------------------------------------------------- x

### NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS

The initial section 341 meeting of creditors for the case, AJM Management LLC, Case No. 23-41664 (NHL) is scheduled for a telephonic meeting and will be conducted by telephone conference on June 12, 2023 at 12:00 PM (the "Designated Meeting Time").

**Call-in Information:**

On the date and time set forth above, parties shall dial-in to the meeting using the following dial-in instructions:

Teleconference Dial-In No.: (866) 819-1498, and when prompted enter the Participant Code: **4769770 followed by #**.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors or Debtors' Representatives and Counsel:**

No later than two (2) business days prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at Rachel.Wolf@usdoj.gov: (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification (the "Identification Documents"):

- **Individual Debtors**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **Business Debtors**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: May 31, 2023                         WILLIAM K. HARRINGTON
New York, New York                          UNITED STATES TRUSTEE, REGION 2

                                            By:  */s/ Rachel Wolf*
                                                 Rachel Wolf, Esq.
                                                 Trial Attorney
                                                 Tel No. (202) 834-3003