United States Bankruptcy Court

Eastern District of New York

In re:                                                                                    Case No. 23-41664-nhl

AJM Management, LLC                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                          User: admin                                    Page 1 of 3

Date Rcvd: Jun 01, 2023                   Form ID: pdf002                          Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AJM Management, LLC, 2623 Foster Ave, Basement, Brooklyn, NY 11210-1448 |
| 10191709 | + | Anthony Samuels, 405 Rockaway Parkway, Unit A5, Brooklyn, NY 11212-3393 |
| 10191710 | + | Barco Landscaping, 2137 Cropsey Avenue, Brooklyn, NY 11214-6443 |
| 10191711 | + | Billie Braithwaite-Jones, 554 East 28th Street, Brooklyn, NY 11210-1434 |
| 10191712 | + | Cahill & Cahill P.C., 142 Joralemon Street, Suite 9B, Brooklyn, NY 11201-4709 |
| 10191713 | + | Camba, 405 Rockaway Parkway, Unit A2, Brooklyn, NY 11212-3393 |
| 10191716 | + | Cora Grannum, 405 Rockaway Parkway, Unit A7, Brooklyn, NY 11212-3333 |
| 10191717 | + | Cullen and Dykman LLP, 100 Quentin Roosevelt Blv, Attn: Marna Bernstein Esq, Garden City, NY 11530-4850 |
| 10191718 | + | Delcia JnLouis, 405 Rockaway Parkway, Unit D4, Brooklyn, NY 11212-3345 |
| 10191719 | + | Elaine Wright, 405 Rockaway Parkway, Unit C4, Brooklyn, NY 11212-3394 |
| 10191720 | + | Elvis Hines, 2245 Ocean Parkway, LA, Brooklyn, NY 11223-4849 |
| 10191721 | + | Estate of B Randolph Jone, 934 East 49th Street, Brooklyn, NY 11203-6608 |
| 10191722 | + | Evan Jones, 934 East 49th Street, Brooklyn, NY 11203-6608 |
| 10191723 | + | Ezra Murray, 405 Rockaway Parkway, Unit D6, Brooklyn, NY 11212-3392 |
| 10191724 | + | Felecia Felder, 405 Rockaway Parkway, Unit D8, Brooklyn, NY 11212-3392 |
| 10191725 | + | Georgian Haywood, 405 Rockaway Parkway, Unit C8, Brooklyn, NY 11212-3345 |
| 10191726 | + | Henry Theodore, 405 Rockaway Parkway, Unit B3, Brooklyn, NY 11212-3333 |
| 10191729 | + | Janet Laveglia, 405 Rockaway Parkway, Unit B1, Brooklyn, NY 11212-3333 |
| 10191730 | + | Janine St. Rose, 405 Rockaway Parkway, Unit D5, Brooklyn, NY 11212-3392 |
| 10191731 | + | Jennifer Mentis, 405 Rockaway Parkway, Unit B5, Brooklyn, NY 11212-3391 |
| 10191732 | + | Jerold Bonnet, 405 Rockaway Parkway, Unit D7, Brooklyn, NY 11212-3392 |
| 10191733 | + | Karl Palmer, 405 Rockaway Parkway, Unit B4, Brooklyn, NY 11212-3333 |
| 10191734 | + | Larry Lewis, 147 Martense Street, Brooklyn, NY 11226-3303 |
| 10191735 | + | Margarita Gonzalez, 405 Rockaway Parkway, Unit A6, Brooklyn, NY 11212-3393 |
| 10191736 | + | Melissa Rayson, 405 Rockaway Parkway, Unit A4, Brooklyn, NY 11212-3393 |
| 10191737 | + | Michelle Fraiser, 405 Rockaway Parkway, Unit D2, Brooklyn, NY 11212-3345 |
| 10191741 | + | NYC Law Department, 100 Church Street, New York, NY 10007-2668 |
| 10191743 | + | NYC Water Board, Dept. of Envir. Prot., 250 Livingston Street, 8th Floor, Brooklyn, NY 11201-5808 |
| 10191738 | + | Novlette Findlay, 405 Rockaway Parkway, Unit B7, Brooklyn, NY 11212-3391 |
| 10191745 | + | Patrick Adlein, 66 St Paul's Pl, 3B, Brooklyn, NY 11226-1689 |
| 10191746 | + | Patty Lezama, 405 Rockaway Parkway, Unit C1, Brooklyn, NY 11212-3391 |
| 10191747 | + | Ridgewood Savings Bank, 71-02 Forest Ave, Ridgewood, NY 11385-5697 |
| 10191748 | + | Ridgewood Savings Bank, 71-02 Fortest Avenue, Ridgewood, NY 11385-5697 |
| 10191749 | + | RnB Enterprises, LLC, 554 East 28th Street, Brooklyn, NY 11210-1434 |
| 10191750 | + | Rosa Raffaele, 405 Rockaway Parkway, Unit A3, Brooklyn, NY 11212-3393 |
| 10191754 | + | SJ Fuel Co., Inc., 601 Union St, Brooklyn, NY 11215-1033 |
| 10191751 | + | Shadeen Moore, 405 Rockaway Parkway, Unit C7, Brooklyn, NY 11212-3394 |
| 10191752 | + | Shirlanne Foderingham, 405 Rockaway Parkway, Unit C5, Brooklyn, NY 11212-3394 |
| 10191753 | + | Shirley Pendleton, 405 Rockaway Parkway, Unit D1, Brooklyn, NY 11212-3345 |
| 10191755 | + | Stanley Fluorestal, 405 Rockaway Parkway, Unit C6, Brooklyn, NY 11212-3394 |
| 10191756 | + | Tanesha Argilagos, 405 Rockaway Parkway, Unit B8, Brooklyn, NY 11212-3391 |
| 10191757 | + | Taxology LLC, 10125 Colesville Road, Suite 257, Silver Spring, MD 20901-2457 |
| 10191758 | + | Troy Dubissette, 405 Rockaway Parkway, Unit C3, Brooklyn, NY 11212-3394 |
| 10191759 | + | Venecia Foster, 405 Rockaway Parkway, Unit B2, Brooklyn, NY 11212-3333 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 01 2023 18:24:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 01 2023 18:24:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 01 2023 18:24:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 01 2023 18:24:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + | Email/Text: karen.brown@treasury.gov | Jun 01 2023 18:24:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10191728 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2023 18:24:00 | Internal Revenue Service, Centralized Insolvency Op, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 10191715 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 01 2023 18:30:04 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 10191714 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 01 2023 18:29:52 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 10191739 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 01 2023 18:24:00 | NYC Department of Finance, Correspondence Unit, One Centre Street, 22nd Floor, New York, NY 10007-1632 |
| 10191744 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 01 2023 18:24:00 | NYS Dept. of Tax. & Fin., Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 10194126 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 01 2023 18:24:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10191727 | *+ | Henry Theodore, 405 Rockaway Parkway, Unit B3, Brooklyn, NY 11212-3333 |
| 10197659 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10191740 | *+ | NYC Dept. of Finance, Correspondence Unit, One Centre Street, 22nd Floor, New York, NY 10007-1632 |
| 10191742 | *+ | NYC Law Department, 100 Church Street, New York, NY 10007-2668 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0207-1

Date Rcvd: Jun 01, 2023

User: admin

Form ID: pdf002

Page 3 of 3

Total Noticed: 55

Date: Jun 03, 2023                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex E. Tsionis | on behalf of Debtor AJM Management  LLC atsionis@ajrlawny.com, arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com |
| Avrum J Rosen | on behalf of Debtor AJM Management  LLC arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In Re:                          :

                                  :     Case No. 23-41664 (NHL)

AJM MANAGEMENT LLC,        :

                                  :     Chapter 11

          Debtor.               :

-------------------------------------------------------- x

## <u>NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS</u>

The initial section 341 meeting of creditors for the case, AJM Management LLC, Case No. 23-41664 (NHL) is scheduled for a telephonic meeting and will be conducted by telephone conference on June 12, 2023 at 12:00 PM (the "Designated Meeting Time").

         <u>Call-in Information:</u>

On the date and time set forth above, parties shall dial-in to the meeting using the following dial-in instructions:

Teleconference Dial-In No.: (866) 819-1498, and when prompted enter the Participant Code: **4769770 followed by #.**

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**<u>Instructions for Testifying Debtors or Debtors' Representatives and Counsel:</u>**

No later than two (2) business days prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at Rachel.Wolf@usdoj.gov: (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification (the "Identification Documents"):

- **<u>Individual Debtors</u>**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **<u>Business Debtors</u>**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: May 31, 2023                 WILLIAM K. HARRINGTON
New York, New York             UNITED STATES TRUSTEE, REGION 2

By:   */s/ Rachel Wolf*
       Rachel Wolf, Esq.
       Trial Attorney
       Tel No. (202) 834-3003