UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                                                  Chapter 11

    AJM MANAGEMENT, LLC,                          Case No.: 23-41664-nhl

                         Debtor.
-----------------------------------------------------X

## ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the first and final applications for Allowance of Final Compensation and Reimbursement of Expenses of: (i) the Law Offices of Avrum J. Rosen, PLLC, as retained counsel to AJM Management, LLC, the debtor and debtor in possession (the "Debtor"), for the period between May 12, 2023, through and including May 17, 2024; (ii) Hirsch & Hirsch Certified Public Accountants, PLLC, as retained accountants to the Debtor for the period between June 12, 2023, through and including May 17, 2024; and (iii) MYC & Associates, Inc., as retained real estate broker and auctioneer to the Debtor for the period between June 19, 2023, through and including April 8, 2024 (collectively, the "Applications"), for professional services rendered and/or expenses incurred in the above-captioned Chapter 11 case; and a hearing having been held on June 25, 2024, to consider the Applications, at which appeared March Yaverbaum from MYC & Associates, Inc., Alex E. Tsionis representing Debtor, and Nazar Khodorovsky from the Office of the United States Trustee; and notice of the Applications having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED**, that the Applications are granted to the extent set forth herein; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC is awarded fees in the amount of $36,385.50, and expenses in the amount of $5,056.56, for a total first and final compensation in

1

the amount of $41,442.06; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC may apply the amount of $6,870.00 representing the remaining portion of the pre-petition retainer being held in Avrum J. Rosen's New York State IOLA, and the Law Offices of Avrum J. Rosen, PLLC may also apply the amount of $30,000.00 being held in Avrum J. Rosen's New York IOLA, to the awarded sum, leaving a balance of $4,572.06; and it is further

**ORDERED**, that Hirsch & Hirsch Certified Public Accountants, PLLC is awarded fees in the amount of $3,045.00, and expenses in the amount of $0.00, for a total first and final compensation in the amount of $3,045.00; and it is further

**ORDERED**, that MYC & Associates, Inc. is awarded commissions in the amount of $150,000.00, and expenses in the amount of $0.00, for a total first and final compensation in the amount of $150,000.00; and it is further

**ORDERED**, that the Debtor is authorized to pay: (i) $4,572.06 to the Law Offices of Avrum J. Rosen, PLLC; (ii) $3,045.00 to Hirsch & Hirsch Certified Public Accountants, PLLC; and (iii) $150,000.00 to MYC & Associates, Inc.; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC/Avrum J. Rosen is authorized to release and remit to MYC & Associates, Inc. the sum of $150,000.00 from his New York State IOLA representing MYC & Associates, Inc.'s commission.

Dated: July 1, 2024
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**